440 F.2d 1351
 Phillip R. SPEAKE et al., Plaintiffs-Appellants,
v.
Rader GRANTHAM, Dean of Men, University of Southern
Mississippi, et al., Defendants-Appellees.
 No. 30740.
 United States Court of Appeals, Fifth Circuit.
 April 15, 1971.
 
 Lawrence D. Ross, and Roy S. Haber, Jackson, Miss., for plaintiffs-appellants.
 James E. Rankin, Asst. Atty. Gen., Ed Davis Noble, Jr., Sp. Asst. Atty. Gen., Jackson, Miss., A. F. Summer, Atty. Gen. of Miss., for defendants-appellees.
 Appeal from the United States District Court for the Southern District of Mississippi, 317 F.Supp. 1253; Walter L. Nixon, Jr., Judge.
 Before O'SULLIVAN,* THORNBERRY and DYER, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Senior Circuit Judge, 6th Circuit, sitting by designation
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966